USDC SCAN INDEX SHEET










TKL    6/23/03    15:23
3:02-CV-00264    KINTERA INC V. CONVIO INC
*50*
*M.*

| | |
|---|---|
| 1 | DAVID E. KLEINFELD (Bar No. 110734) |
| 2 | CHAD R. FULLER (Bar No. 190830)<br>HELLER EHRMAN WHITE & McAULIFFE LLP |
| 3 | 4350 La Jolla Village Drive, 7th Floor<br>San Diego, California 92122-1246 |
| 4 | Telephone: (858) 450-8400<br>Facsimile: (858) 450-8499 |

FILED
03 JUN 23 PM 1:38
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NUNC PRO TUNC
JUN 1 8 2003

Attorneys for Defendants
CONVIO, INC.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINTERA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CONVIO, INC., a Delaware corporation,<br><br>  Defendant. | Case No.: 02 CV 0264 M (LSP)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CONVIO, INC. TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.**<br><br>Date: July 14, 2003<br>Time: 9:00 am<br>Judge: Hon. Leo. S. Papas |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 14, 2003 at 9:00 am, or as soon thereafter as the matter may be heard in Courtroom G of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant Convio, Inc. will and hereby does move this Court for an order to compel the production of third-party witness statements and other documents improperly withheld from production by Plaintiff Kintera, Inc., including the information referenced by the following entries on Kintera's privilege log: 10, 14, 16, 17, 26, 28, 36, 41, 65, 70 –78, 82, 83, 84, 87, 88-109, 112, 113, 121 and 122.





Heller
Ehrman
White &
McAuliffe LLP

NOTICE OF MOTION OF CONVIO, INC. TO COMPEL PRODUCTION         02CV 0264M(LSP)

1  The Motion is based upon this Notice of Motion and Motion; the Memorandum of
2  Points and Authorities filed herewith; the Declarations of Chad R. Fuller and Patrick Dillon
3  filed herewith; as well as the complete files and records in this matter; and such other matters
4  presented to or considered by the Court prior to or during the hearing on this Motion.

5  DATED: June 18, 2003

HELLER EHRMAN WHITE & McAULIFFE LLP

By *[signature]*
CHAD R. FULLER
Attorneys for Defendant
CONVIO, INC.

SD 617293 v1

Heller Ehrman White & McAuliffe LLP

NOTICE OF MOTION OF CONVIO, INC. TO COMPEL PRODUCTION    2    02CV 0264M(LSP)

1  DAVID E. KLEINFELD (Bar No. 110734)
   CHAD R. FULLER (Bar No. 190830)
2  HELLER EHRMAN WHITE & McAULIFFE LLP
   4350 La Jolla Village Drive, 7th Floor
3  San Diego, California 92122-1246
   Telephone: (858) 450-8400
4  Facsimile: (858) 450-8499

5  Attorneys for Defendant
   CONVIO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINTERA, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONVIO, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No.: 02 CV 0264 M (LSP)<br><br>**CERTIFICATE OF SERVICE VIA OVERNIGHT MAIL AND FACSIMILE** |

Heller Ehrman White & McAuliffe LLP

CERTIFICATE OF SERVICE                                           02CV 0264M(LSP)

## PROOF OF SERVICE

I, Michelle C. Henderson, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action.

My business address is:

Heller Ehrman White & McAuliffe LLP, 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122-1246.

On June 18, 2003, I served the following documents:

**DECLARATION OF CHAD R. FULLER IN SUPPORT OF DEFENDANT CONVIO, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.**

**DECLARATION OF PATRICK DILLON IN SUPPORT OF DEFENDANT CONVIO, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CONVIO, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.**

**NOTICE OF MOTION AND MOTION OF CONVIO, INC. TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

| Attorney/Addressee | Party(ies) Served |
|---|---|
| Ethan B. Andelman<br>Buckmaster de Wolf<br>HOWREY SIMON ARNOLD & WHITE LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025-3434<br>Tel: (650) 463-8100<br>Fax: (650) 463-8400 | Counsel for Kintera, Inc. |

**Via Facsimile and Overnight Mail**

| | | |
|---|---|---|
| | X | (BY EXPRESS COURIER). I placed true copies thereof in a sealed Fed Ex, overnight delivery envelope, air bill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business. |
| | X | (BY FACSIMILE). At approximately 3:00 p.m., by use of facsimile machine, I served a copy of the above documents. The facsimile machine that I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission with successful transmission. |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on June 18, 2003 at San Diego, California.

_____
Michelle C. Henderson

SD 604708 v2
6/18/03 2:51 PM (39050.0001)

Heller Ehrman White & McAuliffe LLP

CERTIFICATE OF SERVICE

3

02CV0264M(LSP)