USDC SCAN INDEX SHEET










TKL   6/30/03    12:50
3:02-CV-00264   KINTERA INC V. CONVIO INC
*56*
*DECL.*

ORIGINAL

Robert P. Taylor (State Bar No. 46046)
Robert N. Phillips (State Bar No. 120970)
Buckmaster de Wolf (State Bar No. 195536)
Ethan B. Andelman (State Bar No. 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025-3741
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Michael A. Rahman
KINTERA, INC.
9560 Scranton Road, Suite 240
San Diego, California 92121
Telephone: (858) 795-3011
Facsimile: (858) 795-3010

Attorneys for Plaintiff KINTERA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KINTERA, INC., a Delaware corporation, Plaintiff, vs. CONVIO, INC., a Delaware corporation, Defendant. | Civil No. 02-0264-BTM (LSP) <br><br> **DECLARATION OF MICHAEL RAHMAN IN SUPPORT OF KINTERA, INC.'S OPPOSITION TO CONVIO, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF KINTERA, INC.** <br><br> Date: July 14, 2003 <br> Time: 9:00 a.m. <br> Judge: Hon. Leo S. Papas |
|---|---|

I, Michael Rahman, hereby declare as follows:

1. I am the Intellectual Property Counsel for plaintiff Kintera, Inc. ("Kintera"). The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Before Kintera filed this lawsuit against Convio, Kintera was independently contacted by Mike Anderson, a former employee of Convio. Mr. Anderson informed Kintera of



RAHMAN DECLARATION IN SUPPORT OF KINTERA'S OPPOSITION
P: 115322(2GZ#011.DOC)

certain information that suggested to Kintera that Convio had unlawfully accessed and utilized Kintera's technology. Mr. Anderson arranged for Kintera to contact another former employee of Convio, Heidi Tomich, to enable Kintera to gain additional information regarding Convio's actions. Ms. Tomich corroborated Mr. Anderson's account of Convio's actions in essential part.

3. As the Intellectual Property Counsel of Kintera, I had several conversations with Mr. Anderson and Ms. Tomich, including phone conversations and e-mail conversations. I and the others at Kintera who spoke with these third party witnesses did so in order to investigate their allegations and determine whether Kintera should bring suit against Convio.

4. The documents reflecting conversations between Mr. Anderson and Kintera personnel and Ms. Tomich and Kintera personnel regarding Convio are listed in Kintera's privilege log as Documents Nos. 10, 14, 16, 17, 26, 28, 82-84, 87-109, 112 and 113. Documents Nos. 121 and 122 are signed witness statements obtained from Mr. Anderson and Ms. Tomich.

5. Many of these documents, specifically, Documents Nos. 16, 17, 26, 28, 82-84, 87-100, 106-109, 112 and 113, reflect communications directly between me and Mr. Anderson or me and Ms. Tomich, and therefore contain indications of the areas of inquiry I found important as well as the questions I wanted Mr. Anderson and Ms. Tomich to answer. Documents 112 and 113, which are recordings of conversations I had with Mr. Anderson (document 112) and Ms. Tomich (document 113), contain direct questioning of the third party witnesses by me.

6. The documents listed as Documents Nos. 36, 41, 65, and 70-78 on Kintera's privilege log were authored at the behest of attorneys. J.P. McNeill, Kintera's Vice President of Sales, created these e-mails at my direction in anticipation of this litigation. Although I did not speak directly with Mr. McNeill about these e-mails, I spoke with Allen Gruber, Kintera's Executive Vice President, who spoke to Mr. McNeill on my behalf. Mr. McNeill contacted Kintera sales force, and then, in these e-mails, forwarded information he obtained from the sales force to Denise Clancy, who was at the time Mr. McNeill's secretary, and Mr. Gruber. Michael Aufichtig, a recipient on one of the e-mails, is a Kintera sales representative.

7. Attached hereto as Exhibit A is a true and correct copy of a Kintera document with the bates label KNTR003127.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Executed this __ day of June 2003 in San Diego, California.

By: _____
Michael Rahman

From: Mark Davis
Sent: Thursday, May 31, 2001 12:15 PM
To: Julie Schwartz; RJ Stephens
Subject: RE: Race for the Cure demo

RJ,

Please forward to me your requirements for this demo:
i.e., Do you need our standard demo or do you need changes to the demo?

If you just need the standard demo, then we can easily burn a CD for you. Please contact me.

Thanks
Mark C. Davis
Manager, Web Services
Kintera, Inc.
(858) 795-3068
(858) 442-8093 cell

-----Original Message-----
From: Julie Schwartz
Sent: Thursday, May 31, 2001 10:11 AM
To: Mark Davis
Cc: RJ Stephens
Subject: Race for the Cure demo

RJ will need a demo cd of Thon created for a potential large client, Susan G.Komen Foundation's Race for the Cure.

He has a meeting in Texas on June 20th. Can you put one of your team members on this?

Thanks.

*Julie Schwartz*
Director, Product Development
Kintera, Inc.
9605 Scranton Rd., Ste. 240
San Diego, CA 92121
Direct: 858-795-3023
Mobile: 858-775-9317
Fax: 858-795-3010

**ATTORNEYS' EYES ONLY**

KNTR 003127